RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

Clerk,

Re: Proper filing

Enclosed are two (2) motion concerning Habeas Application out of the 184th District Court in Harris County, Texas - trial court writ # 959285-A the motions to be filed in your Court are:

(1) Motion For Entry of Default w/ Affidavit;

(2) Applicant's Motion For Transfer of Application and full review by Court of Criminal Appeals De Novo

Please file.

DATE: 7-20-15

Respectfully Submitted.

Ray Randall

[signature]

Court of Criminal Appeals ________
Trial Court Writ No. 959285-A

83,123-02

| | | |
|---|---|---|
| Ex Parte | § | In The Court of |
| Ray Randall | § | Criminal Appeals at |
| Applicant | § | Austin, Texas |

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

Applicant's
Motion for Transfer of
Application and full Review by Court of
Criminal Appeals De Novo

To The Honorable Judge of Said Court:

COMES NOW, Ray Randall, Applicant, in the the above-styled, and numbered caused moves this Court to issue ORDER to the 184th District Court of Harris County, Texas to Transfer Habeas Application, Attachments, and records to court of Criminal Appeals. And also moves the Court to Order full review by Court of Criminil Appeals De Novo, and in support show as follow:

I.

Trial Court no longer has jurisdiction over Habeas cause.

II.

Trial Court is in Default.

III

Application for Habeas Corpus was filed on the 24th day of October 2014. (see: T.C. Habeas Records)

IV

Trial court issued Order Designating Issues on the 24 day of November 2014. (SEE: T.C. Habeas Records)

V

More than 181 days have pass and trial court has neither entered F.C.R. or transfered application to Court of Criminal Appeals as mandated by law under the statute 11.07 et.sq (see T.C. HABEAS RECORDS)

VI

The trial has denied Applicant Due Process and fundamental fairness of the Habeas proceedings as follow:

1) Trial court has heard and granted every single motion filed by the State Prosecutors;

2) Trial court has NOT heard, nor granted even one motion by Applicant, making all actions by Applicant of NO effect; (See T.C. Habeas Record)

3) Trial court has refuse to review claim of Actual Innocence in Ground 5 of his application; (see T.C. Habeas Record)

4) Trial Court has refuse to hear or grant leave of Actual Innocence Evidence to-wit: marriage license and divorce decree. (See T.C. Habeas Record)

5) Trial court has refuse to issue ORDER to have Evidentiary Hearing or Designate Issues concerning his Actual Innocence claim. (See T.C. Habeas Record)

VII.

More than 181 days have pass and trial court has fail to review or transfer application to Court of Criminal Appeals as mandated by law.

Trial court has denied Applicant Due Process of law and the fundamental fairness of the Habeas proceeding as stated above.

Applicant request Court of Criminal Appeals to ORDER 184TH District of Harris County, Texas to transfer the Habeas Application, attachments and the record to court of Criminal Appeals and the Court of Criminal Appeals make full review De Novo by its own jurisdiction, in the interest of justice, and to allow Applicant Motion to be heard and fundamental fairness of the proceeding.

## Prayer

WHEREFORE, ALL CONSIDERED, Applicant prays the Court issue ORDER as above requested.

DATE: 7-20-15

[signature]
APPLICANT

## Unsworn Declaration

I, Ray Randall, TDCJ# 1850644 being presently incarcerated in the James V. Allred Unit of TDCJ-CID, in Wichita Co., Texas, declare under Penalty of Perjury the foregoing is true and correct.

Excuted ON: 7-20-15

Ray Randall [signature]
DECLARANT

## ORDER

Having heard the Motion, the Court ORDER Motion to be:

Granted ___ Denied ___

Signed On: ___________ ___________

PRESIDING JUDGE

Trial Court Writ No. 959285-A (Harris County, Texas)

83,123-02

| | | |
|---|---|---|
| Ex Parte | § | In The Court of |
| Ray Randall | § | Criminal Appeals at |
| Applicant | § | Austin, Texas |

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

Motion For Entry Of Default (w/ Affidavit)

To The Honorable Judge Of Said Court / Clerk:

COMES NOW, Ray Randall, Applicant in the above-styled, and numbered cause to move this court to issue ORDER of Default Entry against trial court for jurisdiction and time to file 11.07 application to Court of Criminal Appeals, and in support show as follow:

I.

Applicant's application 11.07, for Writ of Habeas Corpus was filed by the clerk of Harris County, Texas in the 184th District Court on 24th day of October 2014. (See Affidavit attached)

II

Habeas Trial Court issued ORDER designating issues on Nov 24, 2014. (See Affidavit attached)

III.

More than 181 days has pass since the date of application being filed and date the Habeas Trial Court issued ORDER designating issues and trial court has neither issued "Findings of Fact, Conclusions of law and Recommendation" nor has the trial court forward the application to the Court of Criminal Appeals as mandated by the Statute 11.07 et. sq. (see Affidavit attached)

IV

Habeas Trial Court no longer has jurisdiction over this instant cause and has defaulted.

WHEREFORE, ALL CONSIDERED, Applicant prays this Honorable Court of Criminal Appeals will issue ORDER for Entry of Default against 184TH District Court in this cause, for Jurisdiction and timely Forward Application.

DATE: 7-20-15

Respectfully Submitted
Ray Randall [signature]
APPLICANT

ORDER

Having heard the Motion For Entry of Default, the Court, hereby issue an ORDER, for the Motion to be:

Granted___ Denied__

Signed On: __________

________________

PRESIDING JUDGE

# Affidavit of Fact

My name is Ray Randall, TDCJ #1850644, I am over 21 years of age, I am of soundmind, I am neither coerced, nor under duress. I enter the following voluntary and by first-hand knowledge:

The Clerk of Harris Count, Texas, did file on record my application for Writ of Habeas Corpus, Brief and attachments on the 24TH day of October 2014. The trial court issued Order designating issue on 24TH day of November, 2014.

Today 7/20/15, more than 181 days since filing of application by Harris County Clerk or trial court Order designating issues and the court has failed to review, make F.C.R or transfer application to Court of Criminal Appeals

## Unsworn Declaration

I, Ray Randall, TDCJ #1850644, being presently incarcerated in the James V. Allred Unit of TDCJ-CID, in Wichita County, Texas, declare under Penalty of Pejury the foregoing is True and Correct.

Excuted: 7-20-15

[signature] Ray Randall
Declarant